# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Fredrick Worrills | **Repayment Agreement and Order** | No: 4:15-CR-00001-001 |

On May 21, 2015, Fredrick Worrills was sentenced to 78 months imprisonment followed by a 36 month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Worrills. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on May 21, 2015, I have been ordered to pay a total restitution of $3,764.00 and a special assessment of $100.00.

2. On July 10, 2020, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on February 21, 2016. The current balance of my restitution is $311,4.93.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of September, 2020, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $75.00 per month during the term of supervision.

| | |
|---|---|
| Fredrick Worrills (eSignature) | 08/31/2020 |
| Fredrick Worrills | Date |
| *Jennifer Torbett* | 08/20/2020 |
| Jennifer S. Torbett, U.S. Probation Officer | Date |
| *Kevin D. Abernethy* | 9/3/2020 |
| Assistant U.S. Attorney | Date |

---

**THE COURT ORDERS:**

XX Approval    ☐ Disapproval

                                                                S/ Clay D. Land
                                                                Clay D. Land
                                                                U.S. District Court Judge

                                                                9/4/2020
                                                                Date